Form B1 (Official Form-1) - (Rev. 1/08)

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|
| **Name of Debtor** (If Individual, enter Last, First, Middle):<br>Steam Press Holdings, Inc., a Hawaii corporation | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>dba Young Laundry | All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): 99-0319522 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>4040 MacArthur Blvd., #305<br>Newport Beach,<br>**Zip Code 62660** | Street Address of Debtor (No. & Street, City, State, & Zip Code):<br><br>**Zip Code** |
| County of Residence or of the<br>Principal Place of Business:    Orange | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>Zip Code | Mailing Address of Debtor (if different from street address):<br><br>Zip Code |

Location of Principal Assets of Business Debtor
(if different from street address above):
Honolulu, Hawaii

| Type of Debtor (Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>The Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (included Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>☒ Corporation (included LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entitled, check this box and provide the information requested below.)<br>State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ other | ☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 15 for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity** (Check one box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C, §101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☒ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. §101(5ID).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. §101(5ID).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(b) |

| Statistical/Administrative Information | THIS SPACE FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number Of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 Million | $10,000,001-$50 million | $50,000,001-$100 Million | $100,000,001-$500 Million | $500,000,001-$1 Billion | More $1 Billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 Million | $10,000,001-$50 million | $50,000,001-$100 Million | $100,000,001-$500 Million | $500,000,001-$1 Billion | More $1 Billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Form B1 (Official Form 1) Page 2 - (1/08)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Steam Press Holdings, Inc.** | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location<br>Where Filed:  None | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by an Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor:<br>**See attached list of concurrently filed cases** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit "A"<br>(To be completed if debtor is required to file periodic reports, e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or (15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐ Exhibit A is attached and made a part of this petition. | Exhibit "B"<br>(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b)<br><br>X _____  _____<br>Signature of Attorney for Debtor(s)         Date |
|---|---|
| **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit "C" is attached and made a part of this petition<br>☐ No. | **Exhibit D**<br>**(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).**<br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
Check all applicable boxes

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court for any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certified that he/she has served the Landlord with this certification. (11 U.S.C. §362(1).

Form B1 (Official Form 1) Page 3 - (1/08)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Steam Press Holdings, Inc. | FORM B1, Page 3 |
|---|---|---|

**(Signatures)**

| **Signature(s) of Debtor(s) (Individual/Joint)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of the title 11, United States Code, specified in this petition.<br><br>X _____<br>(Signature of Debtor)<br><br>_____<br>(Signature of Joint Debtor)<br><br>_____<br>Telephone and Fax Number (If not represented by attorney)<br>Date: _____ | **Signature of a Foreign Representative of a Recognized Foreign Proceedings**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. (Check one box)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition is attached<br><br>X _____<br>(Signature of Foreign Representative<br><br>_____<br>(Printed Name of Foreign Representative<br><br>_____<br>(Date) |
|---|---|
| **Signature of Attorney**<br><br>X  /s/ Marc J. Winthrop<br>Signature of Attorney for Debtor(s)<br><br>Marc J. Winthrop<br>Printed Name of Attorney for Debtor<br>Winthrop Couchot Professional Corporation<br>Firm Name<br>660 Newport Center Drive, 4th Floor<br>Newport Beach, CA 92660<br><br>Telephone: 949-720-4100<br><br>Date: March 2, 2010    Bar No. 63218 | **Signature of Non-Attorney Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. §110.)<br><br>Address<br>_____<br>_____ |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United Stats Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>Robert Y. Lee<br>Printed Name of Authorized Individual<br>President<br>Title of Authorized Individual<br>Date: March 2, 2010 | X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social Security numbers for all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §156.* |

Form B1 (Official Form 1) Page 3 - (1/08)

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 3 |
|---|---|---|
| *(This page must be completed and filed in every case)* | Steam Press Holdings, Inc. | |

**Attachment to Petition**
**List of related entities being filed concurrently**

U.S. Dry Cleaning Services Corporation, a Delaware corporation;
Enivel, Inc., a Hawaii corporation;
Cleaners Club Acquisition Sub, Inc., a California corporation;
Steam Press Holdings, Inc., a Hawaii corporation;
USDC Fresno 2, Inc., a California corporation;
USDC Fresno, Inc., a California corporation;
USDC Portsmouth, Inc., a California corporation;
USDC Tuchman Indiana, Inc., a California corporation; and

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Marc J. Winthrop– State Bar No. 63218<br>**WINTHROP COUCHOT PROFESSIONAL CORPORATION**<br>660 Newport Center Drive, Fourth Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4100/Facsimile: (949)720-4111<br>☒ *Attorney for: Debtor* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>Steam Press Holdings, Inc.<br><br>Debtor.(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

☒ Petition, statement of affairs, schedules or lists                          Dated Filed: concurrently
☒ Amendments to the petition, statement of affairs, schedules or lists        Dated Filed: _____
☒ Other: _____                                        Dated Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature line(s); (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____                          March 2, 2010
*Signature of Authorized Signatory of Filing Party*              Date
Robert Y. Lee
*Printed Name of Authorized Signature of Filing Party*
President
*Title of Authorized Signature of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____                          March 2, 2010
*Signature of Attorney for Filing Party*                         Date
Marc J. Winthrop
*Printed Name of Attorney for Filing Party*

**United States Bankruptcy Court**

**Central District of California**

In re :    **Steam Press Holdings, Inc.**

Debtor

Case No.
Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Robert Y. Lee, the President of Steam Press Holdings, Inc., the Debtor named herein and that on February 10, 2010 the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Robert Y. Lee, the President of Steam Press Holdings, Inc. is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy on behalf of Steam Press Holdings, Inc.; and

Be It Further Resolved, that Robert Y. Lee, the President of Steam Press Holdings, Inc. is authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Debtor in connection with such bankruptcy case; and

Be It Further Resolved, that Robert Y. Lee, the President of Steam Press Holdings, Inc., is authorized and directed to employ the law firm of Winthrop Couchot Professional Corporation to represent the Debtor in such bankruptcy case."

Executed on: March 2, 2010    Signed: _____
**Robert Y, Lee, President**
**Name and Title**

Form B4 (Official Form 4)(10/05)                                                                   2005 USBC, Central District of California

| United States Bankruptcy Court<br>Central District of California | |
|---|---|
| In re : **Steam Press Holdings, Inc., a Hawaii corporation,**<br>Debtor | Case No.<br>Chapter 11 |

# Form 4.
# List Of Creditors Holding 20 Largest Unsecured Claims

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed.R.Bankr.P. 1007(d) for filing of this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112; Fed.R.Bankr.P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Riaz Chauthani<br>4040 MacArthur Blvd., #305<br>Newport Beach, CA 92660 | 949-863-9669<br>949-863-9657<br>riaz@usdrycleaning.com | Notes | | 646,998 |
| Ronald J. Pang, MD<br>Defined Benefit Plan<br>2226 Liliha St., Suite 413<br>Honolulu, HI 96817 | warrenwlus@yahoo.com | Note | | 129,630 |
| David Golubchik<br>1663 Amherst Ave.<br>Los Angeles, CA 90025 | 310-229-3324<br>310-229-1244<br>dbg@lnbrb.com | Note | | 116,667 |
| Michael & Elizabth Eggiman Lvg Trst<br>Attn: Authorized Agent<br>18797 NW Dairy Creek Rd.<br>North Plains, OR 97133 | 503-647-1210<br>503-525-3595 | Note | | 116,667 |
| DW & SL Powell Co-ttees<br>UTD 06/91 FBO Powell Rev Trst<br>2657 Holly Drive<br>Upland, CA 91784 | 909-931-2999<br>503-525-3595 | Note | | 116,667 |
| Joan Kushner<br>2730 Hillcrest Dr.<br>West Linn, OR 97068 | 503-635-0987<br>212-269-8545<br>asalino@merceram.com | Note | | 116,667 |
| RE Monks Construction Co., LLC<br>Attn: Dan Monks<br>8355 Vallmer Road<br>Colorado Springs, CO 80908 | 719-495-3621<br>212-269-8545<br>asalino@merceram.com | Note | | 116,667 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Dekruyf Family Trust<br>Attn: Authorized Agent<br>8919 Merrill Ave.<br>Chino, CA 91710 | 909-930-9390<br>909-985-7553 | Note | | 111,667 |
| Kimberly A. Lawson Trust<br>Kimberly A Lawson Trustee<br>45550 Octillo B Dr.<br>Palm Desert, CA 92260 | 760-346-4741<br>760-346-3870 | Note | | 109,167 |
| Glenn ML Pang MD Inc Pns Pln<br>Attn: Corporate Officer<br>1428 Alewa Drive<br>Honolulu, HI 96817 | warrenwlus@yahoo.com | Note | | 97,222 |
| William H. McCartney<br>2444 Spring View Trail<br>Chapel Hill, NC 27514 | 919-966-4384<br>212-269-8545<br>asalino@merceram.com | Note | | 84,907 |
| Bruce M. Rosen<br>IRA Rollover<br>2129 McKinley St.<br>Honolulu, HI 96822 | warrenwlus@yahoo.com | Note | | 64,815 |
| Ronald J. Pang<br>IRA<br>2226 Liliha St., Suite 413<br>Honolulu, HI 96817 | warrenwlus@yahoo.com | Note | | 64,814 |
| German Granados<br>49 Sheridan Ave.<br>Brooklyn, NY 11208 | 212-269-8545<br>asalino@merceram.com | Note | | 63,425 |
| Thomas W. Wilder<br>4285 Lafayette St.<br>Marianna, FL 32446 | 212-269-8545<br>asalino@merceram.com | Note | | 54,583 |
| Dr. Kenneth A. Barton<br>1 Nawatam Way<br>Matawan, NJ 07747 | 850-526-3070<br>212-269-8545<br>asalino@merceram.com | Note | | 54,583 |
| Vincent & Concetta Cafici<br>JTWROS<br>42 The Bayou<br>Oak Beach, NY 11702 | 516-707-7000<br>vincpa1@aol.com | Note | | 54,583 |
| Klaus Peter Eichner<br>Via Padre Pigato, Menaggio-<br>Goce, Italy 22017<br>39034431350 | peter.eichner@yahoo.de | Note | | 54,583 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Richard & Kim Dickey JT/WROS<br>P.O. Box 24 9105<br>Pokegama Hoke Rd.<br>Pine City, MN 55063 | 320-629-2912<br>212-269-8545<br>asalino@merceram.com | Note | | 51,851 |
| Collin R Dang MD Inc Def Ben Pln<br>Attn: Corporate Officer<br>2048 Mauna Place<br>Honolulu, HI 96822 | warrenwlus@yahoo.com | Note | | 32,407 |

MAINDOCS-#141193-v1-Steam_Press_20_Largest.DOC

    I Robert Y. Lee, the President of the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: March 2, 2010

                                                    Robert Y. Lee,
                                                    Debtor's Signature and Title

MAINDOCS-#141193-v1-Steam_Press_20_Largest.DOC

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **See attached**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **Not Applicable**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **See attached**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **Not Applicable**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Newport Beach   , California

Dated   March 2, 2010

Debtor
By:  Robert Y. Lee, President

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised May 2004

F 1015-2.1
MAINDOCS-#141149-v1-AllCasesStmtRelatedCases.DOC

**STATEMENT OF RELATED CASES:**

**List of related entities being filed concurrently**

U.S. Dry Cleaning Services Corporation, a Delaware corporation;
Enivel, Inc., a Hawaii corporation;
Cleaners Club Acquisition Sub, Inc., a California corporation;
Steam Press Holdings, Inc., a Hawaii corporation;
USDC Fresno 2, Inc., a California corporation;
USDC Fresno, Inc., a California corporation;
USDC Portsmouth, Inc., a California corporation;
USDC Tuchman Indiana, Inc., a California corporation; and